IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SUBMARINES HAWAII LIMITED PARTNERSHIP, a Hawaii limited partnership, and ROBERTS HAWAII TOURS, INC., a Hawaii corporation<br><br>    Plaintiffs,<br><br>A & B ELECTRIC, CO., INC., a Hawaii corporation<br><br>    Plaintiffs in Intervention<br><br>LARRY STENEK, LLC; ET AL.<br><br>    Plaintiffs in Intervention<br><br>  vs.<br><br>KANDOO ISLAND, O.N. 638002, her engines, machinery, furniture, equipment, and appurtenances, In Rem; KANDOO OAHU INCORPORATED, a Hawaii corporation, In Personam<br><br>    Defendants. | CV 10-00471 SOM-RLP<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on June 3, 2011, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, June 21, 2011.



/s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge

SUBMARINES HAWAII LIMITED PARTNERSHIP v. A & B ELECTRIC, CO., INC., et al.; CV 10-00471 SOM-RLP; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION